VANSYCKEL ET AL., EXECUTORS, v. WOOLVERTON.

1. The plea of coverture is no defence to the cause of action set forth in the common counts.
2. Such plea held bad on demurrer to it.

On contract.   On demurrer to plea.

Argued at June Term, 1893, before BEASLEY, CHIEF JUSTICE, and Justices DIXON, MAGIE and GARRISON.

For the demurrant, *H. Burdett Herr*.

*Contra, Henry A. Fluck*.

The opinion of the court was delivered by

BEASLEY, CHIEF JUSTICE.   The declaration in this case set forth a cause of action on the common counts against a man and woman by the name of Woolverton.   The female defendant pleaded her coverture, and to this plea the plaintiff demurred.

The demurrer must be sustained.   Coverture is no defence to most of the causes of action that can be shown under the common counts.   Most of the contracts made by a married woman can be legally enforced, and consequently there can be no inference that the particular contract in suit is beyond her competency.   If such be the case she must show it by her plea.

The point is expressly ruled in *Hinkson* v. *Williams*, 12 *Vroom* 35.

The demurrer must be sustained.